SELETHA STAMPS v. JOSHUA GREEN, Exr. &c.

HUSBAND AND WIFE: WIFE NOT LIABLE FOR PHYSICIAN'S BILL UNDER ACT OF
1839.—A married woman is not responsible for medical services, rendered for
the benefit of her slaves, held as a separate estate under the Act of 1839.

IN error from the Circuit Court of Hinds county.   Hon. John
Watts, judge.

Joshua Green, who was surviving executor of Dr: Wilson, sued
Seletha Stamps in assumpsit, upon an open account for medical
services rendered by said Wilson, in the years 1847 and 1848, to
the defendant and her family, and slaves.   The defendant pleaded
her coverture at the time of the rendition of the services.   Upon
the trial, it was shown that the services were rendered as charged;
that the defendant was a feme covert at the time, and owned slaves
as a separate estate, under the provisions of the Act of 1839.

The plaintiff had verdict and judgment for the amount sued for,
and the defendant moved for a new trial, which being refused, she
tendered a bill of exceptions, and sued out this writ of error.

*John D. Elliot*, for the plaintiff in error.

*J. F. Fonte*, for the defendant in error.

FISHER, J., delivered the opinion of the court.

This was an action in the Circuit Court of Hinds county, founded
on the account of the plaintiff's testator, as a physician, for ser-
vices alleged to have been rendered to the defendant, her family,
and her servants, which she held under the Act of 1839, regulating
the rights of married women.

The defendant pleaded that she was a feme covert at the time of
rendering the alleged services.   No doubt can exist as to the truth
of this plea; and admitting its truth, there is no cause of action
shown against the defendant.   Under the provisions of the statute
above named, the husband having the control of the slaves of the
wife, and being entitled to their hires and profits, he would be

alone liable for services rendered on account of said slaves. He would also be the only party, liable for services rendered on account of his wife and family.

Judgment reversed, new trial granted, and cause remanded.